**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

THAVY CHUM,

                Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

                Respondent.

No.    13-70972

Agency No. A025-401-862

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2016[**]

Before:    TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

      Thavy Chum, a native and citizen of Cambodia, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's order of removal.  We have jurisdiction under 8 U.S.C.

§ 1252.  We grant the petition for review, and remand.

---

     [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Chum was convicted of accessory to a felony under California Penal Code § 32. Applying the interpretation of "obstruction of justice" articulated in *Matter of Valenzuela Gallardo*, 25 I. & N. Dec. 838 (BIA 2012), the BIA concluded that Chum was removable for having committed an aggravated felony under 8 U.S.C. § 1227(a)(2)(A)(iii), because her conviction was for "an offense relating to obstruction of justice" under 8 U.S.C. § 1101(a)(43)(S).

In light of our decision in *Valenzuela Gallardo v. Lynch*, 818 F.3d 808 (9th Cir. 2016), we remand to the BIA for either application of the agency interpretation announced in *Matter of Espinoza-Gonzalez*, 22 I. & N. Dec. 889 (BIA 1999), or consideration of a new construction of 8 U.S.C. § 1101(a)(43)(S).

In light of this disposition, we do not reach Chum's remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**